1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA A. B.,[1] an Individual,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,[2] Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:21-03429 JGB (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Complaint, and thus the docket caption, do not name the current Acting Commissioner. On July 9, 2021, Kijakazi became the Acting Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including the parties' Amended Joint Submission [Docket ("Dkt.") No. 20], the Report and Recommendation of the assigned Magistrate Judge dated July 11, 2022 [Dkt. No. 22] and Plaintiff's Objection to Report and Recommendation filed on July 24, 2022 [Dkt. No. 23]. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made and overrules the objections.[3] The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 22], is accepted;
2. The case is dismissed with prejudice; and
3. Judgment is to be entered accordingly.

DATED: August 2, 2022

THE HONORABLE JESUS G. BERNAL
United States District Judge

---

[3] The Court recognizes the Magistrate Judge's error in referring to Plaintiff's non-attorney representative at the October 1, 2020 Administrative Hearing as an attorney. The Court finds the error does not impact the Magistrate Judge's analysis and findings in the Report and Recommendation.